# UNITED STATES DISTRICT COURT
## District of Columbia

**JACK D. THRASHER**

V.

**UNITED STATES**

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:06CV01623

CASE N  JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

STAMP DATE: 09/18/2006

TO: (Name and address of Defendant)

**UNITED STATES ATTORNEY
CIVIL PROCESS CLERK
501 3RD STREET N.W.
WASHINGTON, D.C. 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S *PRO SE* ~~ATTORNEY~~ (name and address)

**JACK D. THRASHER
7 HEDGEBELL COURT
THE WOOLDANDS, TEXAS 77380**

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**              9/29/06

CLERK                                         DATE

(By) DEPUTY CLERK

**RECEIVED**

OCT 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is October 20, 2006. The cost of the mailing is $ 5.00

Certified mail # 7006 0100 0001 3631 2727

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
950 Pennsylvania Avenue
Suite 2229
Washington, District of Columbia 20530

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Nima B. Summers_          10-23-2006
Signature                   Date



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0100 0001 3631 2727**
Status: **Forwarded**

Your item was forwarded to a different address at 12:20 pm on October 14, 2006 in WASHINGTON, DC 20001. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.
( Go > )

( Additional Details > )  ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS — Preserving the Trust    site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

DOCUMENTS TRACKING
KENNETH L. WAINSTEIN
U.S. ATTORNEY

He moved his office to
950 Pennsylvania Ave
Suite 2229
Washington D.C.
Exact date of the move is
unknown

Page 1 of 3

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do         10/17/2006



Page 2 of 3

**Jack Thrasher**

| | |
|---|---|
| From: | "U.S._Postal_Service_" <U.S._Postal_Service@usps.com> |
| To: | <toxicologist1@msn.com> |
| Sent: | Friday, October 20, 2006 6:26 AM |
| Subject: | USPS Shipment Info for 7006 0100 0001 3631 2727 |

This is a post-only message. Please do not respond.

Jack Thrasher has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7006 0100 0001 3631 2727

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20530 | 10/20/06  4:50am |
| Notice Left | WASHINGTON DC 20530 | 10/20/06  1:48am |
| Forwarded | WASHINGTON DC 20001 | 10/14/06 12:20pm |
| Arrival at Unit | WASHINGTON DC 20001 | 10/14/06 12:19pm |
| Acceptance | HOUSTON TX 77070 | 10/12/06 10:31am |

Reminder: Track & Confirm by email

Date of email request:  10/18/06

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

-----------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

Page 3 of 3

10/20/2006