AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**JACK D. THRASHER**

V.

**UNITED STATES**

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:06CV01623

CASE N  JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

STAMP DATE: 09/18/2006

TO: (Name and address of Defendant)

**UNITED STATES ATTORNEY GENERAL
CIVIL PROCESS CLERK
950 PENNSYLVANIA AVENUE
WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *PRO SE* (name and address)

**JACK D. THRASHER
7 HEDGEBELL COURT
THE WOOLDANDS, TEXAS 77380**

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          9/29/06

CLERK                                    DATE

(By) DEPUTY CLERK

RECEIVED
OCT 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is October 17, 2006. The cost of the mailing is $ 5.00

Certified mail # 7005 3110 0003 6503 7597,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Nina B. Ammons_                    10·23·2006
Signature                           Date



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0003 0503 7597**
Status: **Delivered**

Your item was delivered at 10:50 am on October 17, 2006 in WASHINGTON, DC 20530.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 **POSTAL INSPECTORS**    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/17/2006