IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK D. THRASHER  )<br> )<br>Plaintiff,  )<br> )<br>v.   )<br> )<br>UNITED STATES   )<br> )<br>Defendant.  ) | No. 1:06-cv-01623 GK |

### NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

1. Robert J. & Lisa L. Welzel v. United States, Civil No. 1:06-cv-01580 RBW

2. Will H. & Mary Catherine LaRue v. United States, Civil No. 1:06-cv-01495 RBW

3. Bruce R. Travis v. United States, Civil No. 1:06-01584 RCL

4. Rudolf and Glenda Luscher v. United States, Civil No. 1:06-cv-01617 PLF

5. Roy A. Watson v. United States, Civil No. 1:06-cv-01594 RCL

6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525 RMU

7. Laverne Koener and Wilma Koerner v. United States, Civil No. 1:06-cv-01633 EGS

8. Stephen J. Lindsey and Patricia Lindsey, Civil No. 1:06-cv-01409 RBW

9. Robert W. & Mary H. Rhodes v. United States, Civil No. 1:06-cv-1840 EGS

10. Lee F. Garvin, Civil No. 1:06-cv-01735 RBW

11. Eleanor M. Glass v. United States, Civil No. 1:06-cv-01619 ESH

12. Paul B. Evans v. United States, Civil No. 1:06-cv-01713 JDB

13. James T. O'Connor v. United States, Civil No. 1:06-cv-01891 HHK

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also nearly identical to one another.

DATE: December 18, 2006

>Respectfully submitted,
>
> /s/ Nicole M. Stoduto
>NICOLE M. STODUTO
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, D.C. 20044
>Telephone: (202) 616-9785
>Facsimile: (202) 514-6966
>Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney