IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK D. THRASHER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-01623 GK |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, proposed ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiff *pro se* on the 18th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Jack D. Thrasher
Plaintiff *pro se*
10325 Cypresswood Drive
Apartment 1027
Houston, Texas  77070


　　　　　　　　　　　　　　　　　　　　/s/ Nicole M. Stoduto
　　　　　　　　　　　　　　　　　　　　NICOLE M. STODUTO