UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jack D. Thrasher,        ) | |
| )  | |
| Plaintiff,         ) | |
| )  | |
| v.                       ) | Civil Action No. 06-1623 (GK) |
| )  | |
| United States,           ) | |
| )  | |
| Defendant.         ) | |
| )  | |

## MEMORANDUM ORDER

This matter comes before the Court upon Defendant's Motion to Dismiss filed on December 18, 2006. Plaintiff is proceeding <u>pro se</u> in this matter.

In an Order dated December 28, 2006, following <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court advised Plaintiff that failure to respond to Defendant's Motion to Dismiss might result in dismissal of his case. Plaintiff's Opposition was due January 2, 2007, and he has yet to respond to Defendant's Motion. Accordingly, it is hereby

**ORDERED** that judgment is **granted** in favor of Defendant; and it is further

**ORDERED** that Plaintiff's claims are dismissed.

<u>Jan 11, 2007</u>                          <u>Gladys Kessler</u>
                                           Gladys Kessler
                                           U.S. District Judge

<u>Copies to</u>: attorneys on record via ECF and
Jack D. Thrasher
10325 Cypresswood Drive #1027
Houston, TX 77070